# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

_____

| | |
|---|---|
| IN RE: AME CHURCH EMPLOYEE RETIREMENT FUND LITIGATION | MDL Docket No. 1:22-md-03035-STA-jay<br>ALL CASES |

_____

## MOTION TO WITHDRAW

**COMES NOW** Dara S. Smith, with AARP Foundation Litigation, and hereby files this Motion to Withdraw as counsel for Plaintiff Reverend Cedric V. Alexander in the above-styled case.

Ms. Smith seeks to withdraw as counsel because her employment with AARP Foundation is ending July 15, 2022. Reverend Alexander and the putative class in this case will not be prejudiced because they will continue to be represented by attorneys from Kantor and Kantor, LLP; Lieff Cabraser Heimann & Bernstein, LLP; and Dean C. Graybill from AARP Foundation. Mr. Graybill has filed his Notice of Appearance and will be acting as substitute counsel in place of Dara S. Smith.  Mr. Graybill's address is:

> AARP Foundation
> 601 E Street, N.W.
> Washington, D.C.  22049
> Phone: (202) 434-6286
> Fax:  (202) 434-6424
> dgraybill@aarp.org

For these reasons, the undersigned respectfully requests that the Court grant this motion to withdraw as counsel.

Dated:  July 14, 2022

Respectfully submitted,

/s/ Dara S. Smith
Dara S. Smith (DC Bar # 1027046)
AARP Foundation Litigation
601 E Street, N.W.
Washington, D.C.  20049
Phone:  (202) 434-
Fax:  (202) 434-6424
dgraybill@aarp.org

*Attorneys for Plaintiff Alexander and the Proposed Class*

## CERTIFICATE OF SERVICE

      I, Dara S. Smith, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      /s/ Dara S. Smith